COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause Number: | 01-21-00113-CV |
| Trial Court Cause Number: | 2020-31121 |
| Style: | Irani Engineering |
| | **v** Arcadia Gas Storage, LLC and Cardinal Gas Storage Partners LLC |
| Date motion filed*: | August 9, 2021 |
| Type of motion: | Unopposed Motion for Extension of Time to File Appellant's Reply Brief |
| Party filing motion: | Bart Gooding |
| Document to be filed: | Reply Brief |

Is appeal accelerated? ☒ Yes    ☐ No

If motion to extend time:

| | |
|---|---|
| Original due date: | August 20, 2021 |
| Number of previous extensions granted: | 1 |
| Date Requested: | September 10, 2021 |

Ordered that motion is:

☒ Granted

If document is to be filed, document due: September 10, 2021

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

Judge's signature: /s/ Justice Sarah Beth Landau
☒ Acting individually    ☐ Acting for the Court

Date: August 17, 2021